Location: DE10 Citation: R3211554 SIDE: A



New Citation Search  New Hearing Search

I2006100060

## United States District Court
## Violation Notice

CVB Location Code

DE10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3211554 | Jennings | J9096 |

R3211554

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 10/4/2006 1250 | DE Title 11 Sec 821 |

Place of Offense
Bldg 428/Base Gym
Dover AFB DE 19901

Offense Description

Criminal Trespassing in the 3rd Degree

### DEFENDANT INFORMATION | Phone ( 302 )

| Last Name | First Name | M I |
|---|---|---|
| Scott | Marvin | B |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Magnolia | DE | 19946 | 1980 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | DE | -0868 |

☒ Adult  ☐ Juvenile    Sex ☒ Male  ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brn | Brn | 70" | 147 |

### VEHICLE DESCRIPTION | VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → | $          Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address
The Federal Building
U.S. District Court
844 King Street
Wilmington, DE 19801

Date (mm/dd/yyyy)

Time (hh mm)

My signature signifies that I have received a copy of this violation notice  it is not an admission of guilt
I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

DD Form 1805 (Rev 07 05)          Original - CVB Copy          Previous edition is obsolete

CVB Probable Cause.

CVB Probable Cause.          Case 1:07-mj-00135-MPT     Document 3     Filed 04/25/2007     Page 2 of 2     Page 1 of 1

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __14 october__ 20 __06__ while exercising my duties as a
law enforcement officer in the __Kent__ District of __DE__

Your Honor,
On 14 october 2006 at 1250 hours
Marvin B. Scott was found to be on
Dover AFB, DE 1990, inside building 438,
Base Gym, without authorization. Mr.
Scott had an ID that allowed him
to access the base during work hours for
work purposes only. Mr. Scott's business,
Court, One Corporation, had no business
at the gym during the time Mr. Scott
was present. In sworn statement, Mr.
Scott acknowledged that he had no
authorization to be there.

The foregoing statement is based upon

[X] my personal observation              my personal investigation

      information supplied to me from my fellow officers observation

      other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on __10/14/2006__     _Officer's Signature_
            Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
            Date (mm/dd/yyyy)     U S Magistrate Judge

CVB Scan 12/4/2006  14 36 21