Location: DE10 Citation: R3211555 SIDE: A

New Citation Search   New Hearing Search

**REDACTED**

I2006100060

# United States District Court
## Violation Notice

CVB Location Code: DE10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3211555 | Jennings | J9096 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/14/2006 1250
Offense Charged: ☐ CFR  ☐ USC  ☒ State Code
DE title 11 Sec 611

Place of Offense: Building 428/Base Gym Dover AFB, DE 19902

Offense Description: Assault in the 3rd Degree

**DEFENDANT INFORMATION**   Phone ( 302 )

Last Name: Scott
First Name: Marvin
M.I.: B

Street Address:

City: Magnolia
State: DE
Zip Code: 19946
Date of Birth (mm/dd/yyyy): 1780 [redacted]

Drivers License No:
DL State: DE
Social Security No: 0868 [redacted]

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BRN   Eyes: BRN   Height: 70"   Weight: 197

**VEHICLE DESCRIPTION**   VIN
Tag No | State | Year | Make/Model | Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

$ _____   Forfeiture Amount
+ $25   Processing Fee

PAY THIS AMOUNT →  $ _____   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: The Federal Building US. District Court 844 King St. Wilmington, DE 17801

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

DD Form 1805 (Rev 07-05)   Original - CVB Copy   Previous edition is obsolete

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 14**, 20 **06** while exercising my duties as a law enforcement officer in the **KENT** District of **DE**

Your Honor,
On 14 oct 06 at approximately 1250 hrs, I responded to the Base Gym, Bldg 428, Dover AFB, DE 19901 for a fistfight. Upon arrival at the scene, witnesses Lynch, Frank G. and Cropper, Alex D. stated under sworn statement that Marvin B. Scott and Marcus K. Jackson engaged in a physical altercation. Upon questioning and receipt of sworn statements of both Scott and Jackson it was determined that while playing basketball, they got into a heated verbal altercation that led to a mutual physical altercation.

The foregoing statement is based upon

    my personal observation    [X] my personal investigation
    information supplied to me from my fellow officer's observation
    other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on **10/14/2006**
    Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
    Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 12/4/2006  14 36 21