IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. :   VIOLATION NOTICE NO. R3211554 / R3211555

Marvin B. Scott :

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for ___Marvin B. Scott___.

                                 COLM F. CONNOLLY
                                 United States Attorney

               BY: _____
                                 KHELA VON LINSOWE, ~~Captain~~, USAF
                                 Special Assistant United States Attorney

DATE: August 22, 2007

**IT IS SO ORDERED** this __22ND__ day of __AUGUST__ 2007.

                                 _____
                                 HONORABLE MARY PAT THYNGE
                                 United States Magistrate Judge

FILED
AUG 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE